**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

Case No. 1:26-cv-00940

---

JOSHUA M.R. PANJAITAN
Petitioner,
v.

FCI BERLIN WARDEN
Respondents

---

ASSENTED-TO MOTION TO ADMIT
ATTORNEY WILLIAM A. HAHN PRO HAC VICE

---

The Petitioner, Joshua Panjaitan, pursuant to Federal District Court Rule LR 83.2, moves to admit Attorney William A. Hahn pro hac vice for the purpose of this Petition for Habeas Corpus to practice together with undersigned counsel.

1. Undersigned counsel has associated with Attorney Hahn of the Law Firm Hahn & Matkov for the purpose of this petition. Attorney Hahn will be associated with New Hampshire Attorney Randall Drew (Bar No. 12467) of the law firm Drew Law Office, PLLC located at 82 Palomino Ln, Suite 602, Bedford, NH 03110.

2. The Affidavit of Attorney Hahn is attached to this motion as Attachment A.

3. Pursuant to District Court Rules, a fee of $100 is being paid contemporaneously with the filing of this motion.

4. Undersigned counsel has sought and obtained the assent of the petitioner's counsel.

WHEREFORE, Joshua Panjaitan respectfully requests that this Court:
A. Admit William A. Hahn pro hac vice; and
B. Grant such other relief as this Court deems just and proper.

Respectfully submitted,

By and through its attorneys,

/s/Randall Drew, Esq. Bar No.12467
Drew Law Office, PLLC
82 Palomino Ln Suite 602,
Bedford, NH 03110
603-644-3739
randall@drewpllc.com

CERTIFICATE OF SERVICE

I certify that a copy of this motion is being served on counsel of record through the Court's electronic filing system.

/s/ Randall Drew, Esq. October 28, 2026

# ATTACHMENT A